```
MCGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
EMILY HADEN
Certified Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2739
```

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S-98-453 JFM |
| ) | |
| Plaintiff, ) | GOVERNMENT'S MOTION TO DISMISS |
| ) | INFORMATION AND ORDER |
| v. ) | |
| ) | |
| ANTOINE A. WHITE, ) | |
| ) | |
| Defendant. ) | |
| _____) | JUDGE: Hon. JOHN F. MOULDS |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing Case No. CR. S-98-453 JFM.

DATED: July 18, 2008                McGREGOR W. SCOTT
                                    United States Attorney

                                    By:/s/ S. Robert Tice-Raskin
                                       S. ROBERT TICE-RASKIN
                                       Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.

DATED: July 21, 2008.

UNITED STATES MAGISTRATE JUDGE

/white.dsm